**Order entered December 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-01012-CR**

**UNDRE JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-52314-V**

## ORDER

The Court **REINSTATES** the appeal.

On November 30, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) counsel timely requested the record; (4) Peri Wood, Kelly Simmons, and Robin Washington are the court reporters who recorded the proceedings; (5) Ms. Woods and Ms. Simmons have given their portions of the record to Ms. Washington; (6) Ms. Washington's explanation for the delay in filing the record is that she has had some medical issues; and (7) Ms. Washington requested thirty days from the December 21, 2015 findings to file the reporter's record.

We **ORDER** that court reporter Robin Washington file the complete reporter's record, including all exhibits admitted into evidence, by **JANUARY 20, 2016**.

We **DIRECT** the Clerk to send copies of this order to Peri Wood, official court reporter of the 292nd Judicial District Court; court reporters Kelly Simmons and Robin Washington; and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE